UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| CHARLES R. KASTNER<br>(Social Security No. XXX-XX-4980), | )<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | ) | 3:09-cv-186-WGH-RLY |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner<br>of Social Security Administration, | )<br>)<br>) | |
| Defendant. | ) | |

# FINAL JUDGMENT ENTRY

The final decision of the Commissioner in this case is **AFFIRMED**. The plaintiff's Complaint is **DISMISSED**. Each party shall bear its own costs.

**Entered:** November 22, 2010

_____
William G. Hussmann, Jr.
United States Magistrate Judge
Southern District of Indiana

Laura Briggs, Clerk
U.S. District Court

By:_____
    Deputy Clerk

**Electronic copies to:**

Eric Joseph Yocum
eric_yocum@msn.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov